IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-398-D

COLORADO BANKERS LIFE                )
INSURANCE COMPANY,                   )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )        **ORDER GRANTING CONSENT**
                                     )        **MOTION TO STAY DISPOSITIVE**
BALDWIN ASSET MANAGEMENT             )        **MOTIONS DEADLINE**
LLC; ITECH FUNDING, LLC; and         )
BAM HOLDINGS I, LLC,                 )
                                     )
          Defendants.                )

        The Court has considered the Plaintiff's Consent Motion to Stay the Dispositive Motions

Deadline, and for good cause shown,

        IT IS HEREBY ORDERED THAT the Consent Motion to Stay the Dispositive Motions

Deadline is GRANTED. The deadline for the Parties to file potentially dispositive motions is

hereby stayed until after such time as the Court rules on Plaintiff's anticipated motion for leave to

amend the Complaint ("Motion to Amend"), with that deadline to be set after the Court's ruling

on that Motion to Amend. Additionally, the Court approves the parties' proposed briefing

schedule for the Motion to Amend, so that Plaintiff shall file its Motion to Amend by December

15, 2022, Defendants shall file any response in opposition by February 15, 2023, and Plaintiff shall

file any reply to matters initially raised in the response by March 8, 2023.

        SO ORDERED. This ___19___ day of October, 2022.

                                             _____
                                             JAMES C. DEVER III
                                             United States District Judge