IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:20-CV-00398-D

COLORADO BANKERS LIFE
INSURANCE COMPANY,

    *Plaintiff*,

v.

BALDWIN ASSET MANAGEMENT,
LLC, ITECH FUNDING, LLC, and BAM
HOLDINGS I, LLC,

    *Defendants*.

**ORDER**

On this day, came to be considered the Unopposed Motion to Stay Proceeding filed by

Defendants Baldwin Asset Management, LLC, iTech Funding, LLC, and BAM Holdings I, LLC

("Defendants"). The Court, upon consideration of this motion, is of the opinion and finds that it

should be GRANTED.

IT IS THEREFORE ORDERED THAT Defendants' Unopposed Motion to Stay

Proceeding is GRANTED. This action is hereby stayed.

SO ORDERED. This the ⎯6⎯ day of February, 2025.

                          _____
                          JAMES C. DEVER III
                          United States District Judge